IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   WESLEY K. LOCKETT, JR,<br><br>            Plaintiff,<br><br>v.<br><br>(1)   THE GEO GROUP, INC., d/b/a<br>        THE LAWTON<br>        CORRECTIONAL AND<br>        REHABILITATION FACILITY,<br><br>            Defendants. | Case No.  CIV-25-236-HE |

## COMPLAINT

COMES NOW the Plaintiff, Wesley K. Lockett, Jr., by and through counsel, and for his cause of action against the Defendant, The Geo Group, Inc., d/b/a The Lawton Correctional and Rehabilitation Facility, and states the following:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Wesley K. Lockett, Jr., is a resident of Comanche County, Oklahoma.

2. Defendant, The Geo Group, Inc. (Geo) is a Florida corporation doing business as The Lawton Correctional and Rehabilitation Facility in Comanche County, Oklahoma.

3. The events giving rise to this action occurred in Comanche County, Oklahoma.

4. This Court has original subject matter jurisdiction over Plaintiff's civil rights claims under 28 U.S.C. § 1332 and 28 U.S.C. § 1343 because the actions present federal questions and involve deprivation of civil rights arising under the federal constitution.

5. Venue is proper in this Court under 28 U.S.C. § 1391(b) because these events,

acts and omissions complained of occurred in Comanche County, Oklahoma which is located within the Western District of Oklahoma of the United States District Court.

## **FACTS**

Plaintiff incorporates all previous allegations and statements and further alleges the following:

6. Defendant Geo specializes in the ownership and management of for-profit private correctional detention centers within the United States and around the world.

7. Defendant Geo's correctional detention management services provide them the unique distinction of being highly specialized in providing security, rehabilitation and protection to inmates while at their facilities, such as The Lawton Correctional and Rehabilitation Facility.

8. Defendant Geo, as a correctional and rehabilitation facility, owes a unique duty to protect inmates with the goal of rehabilitating them to become productive members of society.

9. Defendant Geo entered into a contract with the State of Oklahoma for the management and operation of their Lawton facility and at all relevant times to this action was obligated to perform certain duties pursuant to its contract in accordance with Oklahoma law and policy.

10. Wesley K. Lockett, Jr. was an inmate at Defendant Geo's Lawton Correctional and Rehabilitation Facility at the time of the relevant date of the event, on or about March

1, 2023.

11. Prior to his arrival at Defendant Geo's Lawton Correctional and Rehabilitation Facility Plaintiff was incarcerated at the Rogers County Jail, where he was jumped and attacked by members of the Irish Mob, Plaintiff's former gang, which Plaintiff had disavowed and informed he needed protection from them.

12. Upon admission to Defendant Geo's Lawton Correctional and Rehabilitation Facility, Plaintiff met with unit manager Houston and reported that he needed to be housed away from Irish Mob inmates because he feared for his life due to the Rogers County assault. Plaintiff observed unit manager write down this request

13. Instead, Defendant Geo's policies and procedures ignored this express concern and dictated that Plaintiff be specifically placed in a unit with other Irish Mob gang members.

14. In addition to the unit managers and case managers reviewing this information, Defendant Geo's employees were notified by Plaintiff upon admission and on other dates after admission that there was a threat on his life due to disavowing the Irish Mob gang.

15. Defendant Geo's employees and agents consciously disregarded this information and instead placed Plaintiff within the same unit that contained multiple members of the gang, the Irish Mob, that specifically placed a threat on Plaintiff's life and well being and Defendant had been aware of a prior assault at Rogers County. By placing him in this location, Plaintiff was outnumbered and exposed at all times to being harmed by this group.

16.     On or about the morning of March 1, 2023, between midnight and 1:00 a.m., five members of the Irish Mob were able to get out of their cells and enter Plaintiff's cell. Plaintiff was stabbed multiple times and oil was poured on him and set alight, causing injuries including a collapsed lung and burns. It is upon information and belief, that the disrepair of the facility and poor construction has for years allowed inmates to exit their cells unsupervised.

17.     Upon information and belief, the facility's state of disrepair and lack of routine maintenance has allowed inmates to routinely open their own cell doors despite being in a period of lock-down. News reports show that there has been a pattern and practice of failing to protect inmates from assaults dating all the way back to 2009 while the facility has been under the control of Defendant Geo.

18.     In 2009, the warden of the facility told the Associated Press that "there have never been so many deaths reported in such a short period of time" after a fourth stabbing had occurred that week. In 2018, news reports show that two inmates were stabbed after they were able to gain access to another inmate without supervision. In January of 2020, another inmate was found stabbed and was pronounced dead at Defendant Geo's facility after the attacker gained access to the inmate without supervision.

19.     In May of 2021, there was another report of another attack on an inmate at Defendant Geo's facility after the attacker was able to gain access to an inmate without supervision.

20. News reports show that on June 29, 2022, a group of prisoners attacked two other prisoners inside their own cells while at the Defendant Geo's facility. These attackers were able to gain access to the inmate without supervision. In 2024, video shows Detention Officers allowing inmates access to other inmates from separate pods without checking their credentials, which shows the pattern continues today. Those inmates were able to murder another inmate and left his body in a trash can that went undetected for hours.

21. The Oklahoma Department of Corrections Director, Stephen Harpe, stated publically that they "recognize that this facility's reputation for violence has got to stop."

22. In a June 2024 press release, The Geo Group admitted that for the last four years that they have had issues with staffing shortages and staff recruitment and retention at all of their state correctional facilities.

23. In addition to Geo's own statements, the Oklahoma Department of Corrections issued a formal statement criticizing the The Geo Group's Lawton Correctional and Rehabilitation Facility. The Department of Corrections stated that over the last four years, despite receiving an increase in funding, "their operations have not improved - being the most violent prison in Oklahoma - - **and continues to lack the standard of care expected by ODOC**."

24. Governor Stitt additionally issued a statement regarding the same time period, stating that "It became clear that the private prison run by Geo **was not keeping prisoners safe**."

25. By failing to appropriately staff and maintain its facility, compounded by recklessly ignoring the 2021 reported threat against Plaintiff's life and Plaintiff's own statements to Defendant Geo's employees charged with Plaintiff's housing assignment, Plaintiff suffered significant injuries and was found unresponsive on July 7, 2022. As a result of Defendant Geo's failure to protect Plaintiff, he was life-flighted to OU Health Science Center where he was placed on a ventilator, treated for facial fractures and a traumatic brain injury. Plaintiff will never fully recover from the effects of this attack.

26. In addition to failing to respond to the specific threats, upon information and belief, Defendant Geo had a policy and practice of placing all known gang members together based solely on past affiliation, regardless of whether the individual had renounced and/or been threatened by their own gang.

27. Furthermore, Defendant Geo failed to do periodic reviews to insure the safety of their own inmates, as is customary and seen at other correctional facilities, which was formally identified by DOC as a deficiency and DOC violation starting in April 2022 and continued at least through April 2024 according to correspondence between Defendant GEO and the State of Oklahoma.

28. Upon information and belief, Defendant Geo refuses housing reassignments unless there is evidence of a prior assault.

## **FAILURE TO PROTECT**

Plaintiff further incorporates all previous allegations and statements and further

alleges the following:

29. Defendant Geo, under the Eighth Amendment to the United States Constitution, owed a duty to Plaintiff to provide humane conditions of confinement, including taking reasonable measures to guarantee the safety of himself and other inmates.

30. Based upon the allegations in this Complaint, Defendant Geo is liable under 42 U.S.C. § 1983 for violating Mr. Lockett's rights under the Eighth Amendment to the United States Constitution.

31. Defendant Geo's Lawton facility's reputation of being one of the most violent facilities within the state has created unconstitutional policies and procedures. These include a facility that lacks working doors and locks on many cells, permitting inmates to move freely between pods, ignoring specific threats unless physical violence has already occurred, and ignoring reports from other facilities of confirmed threats. By ignoring these threats, or requiring past physical violence, Defendant Geo instead houses threatened members on a routine basis with other members of gangs who have placed that threat. By placing the threatened inmates within close proximity, combined with their admitted staff shortages and disrepair within its facilities, their practices and customs violate Plaintiff's right to be protected from violence while serving out his sentence.

32. Defendant Geo's violations of Plaintiff's Constitutional rights resulted in mental and physical pain and suffering, permanent disfigurement and permanent injury.

## DEMAND FOR JURY TRIAL

33. Plaintiff demands a jury trial for all issues of fact presented by this action.

## PUNITIVE DAMAGES

34. Defendant's Geo's actions are reckless and justify damages in accordance with and in addition to his general damages allowed under 42 U.S.C. § 1983.

## CONCLUSION

WHEREFORE, Plaintiff Wesley K. Lockett, Jr., prays for the following relief:

A. All available compensatory damages and punitive damages for Plaintiff's mental and physical pain and suffering;

B. Attorney fees and litigation costs;

C. Any other relief this Court deems equitable and just.

Respectfully submitted,

 s/ Derek S. Franseen
Derek S. Franseen, OBA No. 30557
WALSH & FRANSEEN
200 E. 10th Street Plaza
Edmond, OK 73034
(405) 843-7600 - Telephone
(405) 606-7050 – Facsimile
dfranseen@walshlawok.com
*Counsel for Plaintiff*

**ATTORNEY LIEN CLAIMED**